# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRAXTON LEBLANC AND JENNA
LEBLANC, ON BEHALF OF THEIR
MINOR CHILDREN, BAYLOR
LEBLANC AND JENSEN LEBLANC

NO.  2022 CW 0858

VERSUS

ASHLEY FURNITURE INDUSTRIES,
INC. AND BELLELO'S FURNITURE
& APPLIANCE, L.L.C.

OCTOBER 6, 2022

---

In Re:  Ashley  Furniture  Industries,  Inc.,  applying  for
supervisory  writs,  18th  Judicial  District  Court,
Parish of West Baton Rouge, No. 45123.

---

BEFORE:  WHIPPLE C.J., GUIDRY, AND WOLFE, JJ.

   **WRIT GRANTED IN PART; DENIED IN PART.**  The portion of the
district court's July 27, 2022 judgment granting Plaintiffs'
motion for summary judgment as to Ashley Furniture Industries,
Inc.'s  Fifteenth  Affirmative  Defense  is  hereby  reversed.
Whether Ashley knew or should have known of the characteristic
that  caused  Plaintiffs'  damage  or  the  danger  of  such
characteristic is a question of fact.  See **Minton v. Acosta**,
2021-1180  (La.  App.  1st  Cir.  6/3/22),  343  So.3d  721,  729-30.
Summary judgment is seldom appropriate for determinations based
on subjective facts of intent, motive, malice, good faith, or
knowledge because these subjective facts call for credibility
evaluations  and  the  weighing  of  testimony.  **Berthelot v.
Indovina**, 2021-1546 (La. App. 1st Cir. 6/3/22), 343 So.3d 209,
214-15.  We find genuine issues of material fact remain to
preclude summary judgment as to Ashley's Fifteenth Affirmative
Defense.  See La. Code Civ. P. art. 966(D)(1).  Accordingly,
Plaintiffs' motion for summary judgment as to Ashley's Fifteenth
Affirmative Defense is denied.  The writ application is denied
in all other respects.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT